# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

BRIAN DEVERICK LEWIS,

    Plaintiff,

v.

MATHEW CATES, et al.,

    Defendants.

Case No. 15-cv-0791 DMS (MDD)

**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) GRANTING DEFENDANTS' MOTION TO DISMISS**

On April 9, 2015, Plaintiff Brian Deverick Lewis, a state prisoner proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983. Plaintiff also asserts jurisdiction under the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq., the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc, et seq., and 28 U.S.C. §§ 2201 and 2202. On August 10, 2017, Defendants E. Ojeda and D. Paramo filed a motion for summary judgment. Plaintiff did not file an opposition to the motion. On December 18, 2017, Magistrate Judge Mitchell D. Dembin issued a Report and Recommendation ("R&R"), recommending that the Court grant Defendants' motion. Plaintiff did not file an objection to the R&R.

This Court, having reviewed *de novo* the Magistrate Judge's R&R, adopts the Magistrate Judge's recommendation and grants Defendants' motion for summary judgment. The Clerk of Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: January 26, 2018

Hon. Dana M. Sabraw
United States District Judge